WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OLYMPIC FOOD PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> P & J BRANDS, INC., <br><br> Defendant. | No. CV-06-902-PHX-JAT <br><br><br> ORDER |

Pending before the Court is Plaintiff Olympic Food Products' Motion for Leave to File First Amended Complaint (Doc. # 30). Plaintiff seeks leave to correct a typographical error in the Complaint. The Complaint currently alleges that this Court has federal subject matter jurisdiction pursuant to 28 U.S.C. §1331. Plaintiff made a typographical error and meant to allege that the Court has diversity jurisdiction pursuant to 28 U.S.C. §1332. The proposed First Amended Complaint corrects the error. Defendant has not filed a response to the motion to amend.

### **Standard**

Once a responsive pleading has been served, a party may amend its pleading pursuant to stipulation or by leave of the Court. Fed.R.Civ.P. 15(a). Leave to amend, "shall be freely given when justice so requires." *Id*. Whether to grant a motion to amend depends on the following factors: (1) undue delay, (2) bad faith, (3) prejudice to the opposing party, (4) futility of amendment, and (5) whether plaintiff has previously amended his complaint. *Western Shoshone Nat. Council v. Molini*, 951 F.2d 200, 204

(9th Cir. 1991). The most important of these factors is prejudice to the opposing party. *U.S. v. Pend Oreille Public Utility Dist., No. 1*, 926 F.2d 1502, 1511 (9th Cir. 1991).

All of the factors in this case weigh in favor of granting the motion to amend. First, Plaintiff has not unduly delayed in filing the motion. Plaintiff filed the present motion the day after the Court brought the typographical error to Plaintiff's attention. Second, Plaintiff has not acted in bad faith. Plaintiff made a typographical error and is endeavoring to correct that mistake. Third, and most importantly, allowing Plaintiff to correct its typo will not prejudice Defendant. Fourth, the proposed amendment is not futile. The allegations on the face of the Complaint meet the requirements for diversity jurisdiction. Fifth, Plaintiff has not previously requested an amendment.

Accordingly,

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion for Leave to File First Amended Complaint (Doc. # 30).

IT IS FURTHER ORDERED that Plaintiff shall have until January 26, 2007 to file the proposed First Amended Complaint.

DATED this 18th day of January, 2007.

_____
James A. Teilborg
United States District Judge