**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olympic Food Products, Inc.,  ) | No. CV 06-902-PHX-JAT |
| Plaintiff,  ) | **ORDER** |
| vs.  ) | |
| P&J Brands, Inc.,  ) | |
| Defendant.  ) | |

Plaintiff filed its Complaint on March 27, 2006 (Doc. #1). Defendant answered and filed a counterclaim on May 2, 2006 (Doc. #12). Defendant P&J Brands, Inc. is a Maryland corporation with its principal place of business in Phoenix, Arizona. (Compl. ¶4). Defendant's counsel filed an application to withdraw as counsel on December 7, 2006 (Doc. #26). The Court granted the application to withdraw on December 14, 2006, and further ordered, "that, because a corporation cannot appear in Federal Court without counsel, *see Rowland v. Cal. Mens Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part fo two centuries . . . that a corporation may appear in federal courts only through licensed counsel."), if substitute counsel does not file a notice of appearance for P&J Brands, Inc., within 30 days of this Order, Plaintiff may move to strike P&J Brands, Inc.'s answer and counterclaim." (Doc. #27).

Plaintiff filed Motion for Leave to File Amended Complaint on December 22, 2006 (Doc. # 30). The Court granted the motion to file an amended complaint on January 18, 2007

1 (Doc. #35). The Plaintiff filed a Motion to Strike Defendant's Answer and Counterclaim on
2 January 22, 2007 (Doc. #36) based on the Court's December 14 Order. To date, no substitute
3 counsel has entered an appearance for Defendant.

4 Because no substitute counsel has appeared on behalf of Defendant, pursuant to the
5 Court's December 14 Order regarding P&J Brands, Inc.'s inability to represent itself in
6 federal court, *see Rowland*, 506 U.S. 194, 201-02, the Court grants Plaintiff's Motion to
7 Strike the Answer and Counterclaim.[1]

8 Accordingly,

9 IT IS ORDERED granting Plaintiff's Motion to Strike Defendant's Answer and
10 Counterclaim (Doc. #36).

11 IT IS FURTHER ORDERED that the Clerk of the Court shall strike Defendant's
12 Answer & Counterclaim at Docket #12.

13 DATED this 6th day of June, 2007.

_____
James A. Teilborg
United States District Judge

---

[1] The Court notes that the answer portion of Defendant's Answer and Counterclaim is moot in any case because it does not respond to the operative complaint in this case, the First Amended Complaint.