**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| OLYMPIC FOOD PRODUCTS, INC., ) | CIV06-902-PHX-JAT |
| ) Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| P & J BRANDS, INC., ) | |
| ) Defendant. ) | |
| _____ ) | |

Plaintiff Olympic Food Products, Inc. has filed a Motion for Leave to File Summary of Fees Under Seal (Doc. #44, which is sealed). Plaintiff seeks a default judgment against defendant. As part of the proposed judgment, Plaintiff requests attorneys' fees. Plaintiff wants to file the summary of fees submitted in support of the attorney fee request under seal. Plaintiff must show good cause for the Court to seal the non-dispositive motion. *San Jose Mercury News, Inc. v. U.S. Dist. Court--Northern Dist. (San Jose)*, 187 F.3d 1096, 1103 (9th Cir. 1999). Plaintiff has not met this burden. The Court finds that Plaintiff can file an unsealed fee itemization and redact any portions necessary to preserve the attorney-client privilege.[1]

Accordingly,

---

[1] The Court notes that attorneys file unsealed, itemized billing statements in support of attorneys' fees requests all the time.

**IT IS ORDERED** denying Plaintiff's Motion for leave to File Summary of Fees Under Seal (Doc. #44).

**IT IS FURTHERED ORDERED** that Plaintiff shall file an unsealed, redacted version of the itemized fee summary with the Court within ten days of the date of this Order.

DATED this 4th day of September, 2007.

_____
James A. Teilborg
United States District Judge