**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| OLYMPIC FOOD PRODUCTS, INC., ) | CIV06-902-PHX-JAT |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| P & J BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter having come before the Court on Olympic Food Products, Inc.'s Application for Entry of Default Judgment, the Court, having reviewed the pleadings of record, finds as follows:

    1)    P&J Brands, Inc. was served with Olympic's First Amended Complaint for Breach of Contract within the period prescribed by law; P&J Brands, Inc. has defaulted by failing to appear, answer, or otherwise defend this action; and P&J Brands, Inc. is not an infant or incompetent person.

    2)    P&J Brands, Inc.'s Counterclaim is dismissed with prejudice for failure to prosecute.

    3)    Olympic is entitled to affirmative relief against defaulting Defendant P&J Brands, Inc. as specified herein.

Based on the foregoing findings, and for good cause appearing therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that P&J Brands, Inc.'s Counterclaim be dismissed with prejudice; and that Olympic Food Products, Inc. be awarded Judgment against Defendant P&J Brands, Inc. for the sum of $334,310.19, together with attorney fees of $24,496.25, with interest at the applicable federal rate until paid.

DATED this 9th day of January, 2008.

James A. Teilborg
United States District Judge